CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 2 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

PAUL D. RHODES,　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)　　　Civil Action No. 7:05-CV-00578
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　　**FINAL ORDER ADOPTING REPORT**
　　　　　　　　　　　　　　　　　)　　　**AND RECOMMENDATION**
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　　**By:**　　**Samuel G. Wilson**
P. SCARBERRY,　　　　　　　　　　)　　　　　　　**United States District Judge**
　　　Defendants.　　　　　　　　　)

Paul D. Rhodes brings this suit pursuant to 42 U.S.C. § 1983, claiming that the defendant has served him inadequate meals on unsanitary trays. The defendant filed a motion for summary judgment, and the court referred the matter to United States Magistrate Judge Michael F. Urbanski pursuant to 28 U.S.C. 636(b)(1)(B) for a report and recommendation. The Magistrate Judge filed a report and recommendation, finding Rhodes had failed to state a claim for which the court may grant relief and recommending dismissal. The Magistrate Judge also found Rhodes' claims to be frivolous and recommended that the court assess a strike against Rhodes pursuant to 28 U.S.C. 1915(g). Rhodes filed timely objections.

The court has reviewed the Magistrate Judge's report, pertinent portions of the record, and Rhodes' objections, which are little more than a restatement of the allegations in his complaint and subsequent pleadings. It is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's report be **ADOPTED** in its entirety, that the defendants motion to dismiss be **GRANTED**, that Rhodes' suit be **DISMISSED** and **STRICKEN** from the active docket of the court, and that Rhodes be assessed a **STRIKE** pursuant to 28 U.S.C. 1915(g).

The Clerk of the Court is directed to send certified copies of this order to the plaintiff and to counsel for the defendants.

**ENTER**: This 2nd day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE

2